**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Samik Mukherjee

Appellate case number:    01-18-00873-CV

Trial court case number:   2018-53084

Trial court:                    164th District Court of Harris County

　　　Relator, Samik Mukherjee, has filed a petition for writ of mandamus challenging the trial court's September 14, 2018 order denying his motion to dismiss. In conjunction with the mandamus petition, relator filed an emergency motion to stay proceedings in the trial court against him while the petition is pending. Relator's motion to stay the underlying proceedings is **denied**. The Court requests that the real parties in interest respond to the petition for writ of mandamus by no later than **October 22, 2018**.

　　　It is so ORDERED.

Judge's signature: /s/ Jane Bland
　　　　　　　　　　　　Acting individually

Date:  October 2, 2018